[Nos. 22909-2-III; 23230-1-III.   Division Three.   September 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ELMER VAN
TACHELL, JR., *Appellant*.

*In the Matter of the Personal Restraint of* ELMER VAN
TACHELL, JR., *Petitioner*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 03-1-00140-4, Jack Burchard, J., entered
March 22, 2004, together with a petition for relief from
personal restraint. Judgment *reversed* and petition *granted*
by unpublished opinion per Kulik, J., concurred in by
Schultheis, A.C.J., and Stephens, J.

[No. 25465-8-III.   Division Three.   September 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC ALLEN
HAMILTON, *Appellant*.

Appeal from judgments of the Superior Court for Benton
County, No. 06-1-00353-9, Carrie L. Runge and Cameron
Mitchell, JJ., entered August 10 and September 5, 2006.
*Affirmed* by unpublished opinion per Kulik, J., concurred in
by Schultheis, A.C.J., and Stephens, J.

[No. 55414-0-I.   Division One.   October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SAN KOUAY
SAEYANG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-1-00656-9, Helen Halpert, J., entered No-
vember 22, 2004. *Affirmed* by unpublished per curiam
opinion.

[Nos. 56607-5-I; 56673-3-I.   Division One.   October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLEY SHAWN
HAMBLING, *Defendant*, LARRY LEE DAVIS, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 02-1-10065-8, Michael Heavey, J., entered July
22, 2005. *Affirmed* by unpublished per curiam opinion.